**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **2958 Highway 365 LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | _9_ _9_ – _2_ _4_ _2_ _8_ _5_ _2_ _5_ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1804 FM 365** | **Resolute Commercial Services, LLC** |
| Number    Street | Number    Street |
| | **Attn: Jeremiah Foster** |
| | P.O. Box |
| | **6750 East Camelback Road, Suite 103** |
| **Nederland**      **TX**    **77627** | **Scottsdale**      **AZ**    **85251** |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Jefferson** | |
| County | |
| | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other.  Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **2958 Highway 365 LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.  Check all that apply:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
           MM / DD / YYYY
    District _____ When _____ Case number _____
           MM / DD / YYYY
    District _____ When _____ Case number _____
           MM / DD / YYYY

Debtor **2958 Highway 365 LLC** _____ Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes. Debtor **See attached** _____ Relationship _____
District _____ When _____
Case number, if known _____ MM / DD / YYYY

Debtor _____ Relationship _____
District _____ When _____
Case number, if known _____ MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street
_____
_____    _____    _____
City    State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

| Affiliate Name | Case Number | Relationship | Filed | District |
|---|---|---|---|---|
| 10831 PHELAN BLVD LLC | 25-40457 | Affiliate | 2/21/2025 | ED Texas; Sherman Division |
| 2307 GULFWAY DR LLC | 25-40459 | Affiliate | 2/21/2025 | ED Texas; Sherman Division |
| 2873 LINK AVE LLC | 25-40460 | Affiliate | 2/21/2025 | ED Texas; Sherman Division |
| 2958 HIGHWAY 365 LLC | | Affiliate | 2/21/2025 | ED Texas; Sherman Division |
| 3252 EASTEX FWY LLC | | Affiliate | 2/21/2025 | ED Texas; Sherman Division |
| 3954 N WHEELER LLC | | Affiliate | 2/21/2025 | ED Texas; Sherman Division |
| 4763 N MAIN ST LLC | | Affiliate | 2/21/2025 | ED Texas; Sherman Division |
| 13951 HIGHWAY 69 LLC | | Affiliate | 2/21/2025 | ED Texas; Sherman Division |
| 10964 TWIN CITY HWY LLC | | Affiliate | 2/21/2025 | ED Texas; Sherman Division |
| 13514 S LHS DR LLC | | Affiliate | 2/21/2025 | ED Texas; Sherman Division |
| 13730 FRONTAGE RD LLC | | Affiliate | 2/21/2025 | ED Texas; Sherman Division |
| 13950 FERRY DR LLC | | Affiliate | 2/21/2025 | ED Texas; Sherman Division |
| 2271 WASHINGTON BLVD LLC, | | Affiliate | 2/21/2025 | ED Texas; Sherman Division |
| American QSR, Inc. | | Affiliate | 2/21/2025 | ED Texas; Sherman Division |

Debtor  **2958 Highway 365 LLC** _____  Case number (if known) _____

| 14. Estimated number of creditors | ☒ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☒ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☒ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/21/2025**
MM / DD / YYYY

X **/s/ Jeremiah Foster** _____
Signature of authorized representative of debtor

**Jeremiah Foster**
Printed name

**Chief Restructuring Officer**
Title

**18. Signature of attorney**

X **/s/ Howard Marc Spector** _____   Date **02/21/2025**
Signature of attorney for debtor                                              MM / DD / YYYY

**Howard Marc Spector**
Printed name

**Spector & Cox, PLLC**
Firm name

**12770 Coit Rd**
Number        Street

**Suite 850**

**Dallas** _____        **TX** _____        **75251** _____
City                                                                State             ZIP Code

**(214) 365-5377** _____        **hms7@cornell.edu** _____
Contact phone                                                      Email address

**00785023** _____                                                    **TX** _____
Bar number                                                         State

**Fill in this information to identify the case:**

Debtor name: **2958 Highway 365 LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Auxilior Capital Partners c/o Todd Jones Snell & Wilmer 1 E Washington St, Ste 2700 Phoenix, AZ 85004 | | Goods and/or services rendered | | | | 12,300,000.00 |
| 2 | Paris Ackerman LLP 120 Eagle Rock Ave. East Hanover, NJ 7936 | | Goods and/or services rendered | | | | $128,000.00 |
| 3 | STERITECH PO BOX 472127 Charlotte, NC 28247 | | Goods and/or services rendered | | | | $86,000.00 |
| 4 | NCR 864 Spring St NW Atlanta, GA 30308 | | Goods and/or services rendered | | | | $79,317.31 |
| 5 | AMERICAN FOOD OF BEAUMONT 906 TERSCOTT LN. Sugar Land, TX 77479 | | Goods and/or services rendered | | | | $58,260.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | 2958 Highway 365 LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | ECOLAB/ECOLAB PEST<br>370 N WABASHA STREET<br>ST PAUL, MN 55102 | | Goods and/or services rendered | | | | $27,575.44 |
| 7 | AMERICAN FOOD REALTY<br>11111 RICHMOND AVE. STE 120<br>Houston, TX 77082 | | Goods and/or services rendered | | | | $22,000.00 |
| 8 | BEAUXART PROPERTY<br>1403 RAVENEL LN.<br>Sugar Land, TX 77479 | | Goods and/or services rendered | | | | $20,000.00 |
| 9 | CALDER PROPERTY GROUP<br>906 TERSCOTT LN.<br>Sugar Land, TX 77479 | | Goods and/or services rendered | | | | $16,000.00 |
| 10 | COCA COLA<br>1 Coca Cola Plz NW<br>Atlanta, GA 30313 | | Goods and/or services rendered | | | | $15,357.94 |
| 11 | MOSCONE EMBLIDGE AND RUBENS<br>220 Montgomery Street, Suite 2100<br>San Francisco, CA 94104 | | Goods and/or services rendered | | | | $11,633.76 |
| 12 | FIRETROL PROTECTION SYSTEMS, INC.<br>153 Technology Drive Suite #200<br>Irvine, CA 92618 | | Goods and/or services rendered | | | | $11,587.73 |
| 13 | AMIN DHANANI<br>4415 HIGHWAY 6<br>SUGAR LAND, TX 77478 | | Goods and/or services rendered | | | | $8,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

| Debtor | 2958 Highway 365 LLC | Case number (if known) |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | REPUBLIC SERVICES  18500 N Allied Way  Phoenix, AZ 85054 | | Goods and/or services rendered | | | | $7,653.87 |
| 15 | RF TECHNOLOGIES  3125 NORTH 126TH STREET  BROOKFIELD, WI 53005 | | Goods and/or services rendered | | | | $7,166.84 |
| 16 | BEAUMONT WESTMONT LLC  350 PINE ST. #800  BEAUMONT, TX 77701 | | Goods and/or services rendered | | | | $6,337.92 |
| 17 | SUMMIT FIRE & SECURITY  1025 Telegraph St.  Reno, NV 89502 | | Goods and/or services rendered | | | | $6,229.30 |
| 18 | Paycom  417 OAKBEND DR.  LEWISVILLE, TX 75067 | | Goods and/or services rendered | | | | $4,680.00 |
| 19 | CENTERPOINT  1 E MARKET STREET, SUITE 203  Leesburg, VA 20176 | | Goods and/or services rendered | | | | $4,319.64 |
| 20 | SPECTRIO  7624 Bald Cypress Place  Tampa, FL 33614 | | Goods and/or services rendered | | | | $3,878.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name: **2958 Highway 365 LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/21/2025**
MM / DD / YYYY

X **/s/ Jeremiah Foster**
Signature of individual signing on behalf of debtor

**Jeremiah Foster**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **2958 Highway 365 LLC**                                               CASE NO

                                                                                CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/21/2025                          Signature  /s/ Jeremiah Foster
                                                    *Jeremiah Foster*
                                                    *Chief Restructuring Officer*

Date  _____                 Signature  _____

```
ABI-ACE BACKFLOW
4820 Highland Ave.
Beaumont, TX 77705




ACE GLASS & MIRROR
716 S TWIN CITY HWY
NEDERLAND, TX 77627




AMERICAN FOOD OF BEAUMONT
906 TERSCOTT LN.
Sugar Land, TX 77479




American Food of Beaumont
Attn: Greg Hobbs
906 Terscott Lane
Sugar Land, TX 77479




AMERICAN FOOD REALTY
11111 RICHMOND AVE. STE 120
Houston, TX 77082




AMIN DHANANI
4415 HIGHWAY 6
SUGAR LAND, TX 77478




Arc CafeUSA001, LLC
c/o American Food of Beaumont, LLC
19602 Country Lake Drive
Magnolia, TX 77355


Arc Cafeusa001, LLC
c/o American Food
906 Terscott Lane
Sugar Land, TX 77479


Auxilior Capital Partners
c/o Todd Jones
Snell & Wilmer
1 E Washington St, Ste 2700
Phoenix, AZ 85004
```

BEAUMONT WESTMONT LLC
350 PINE ST. #800
BEAUMONT, TX 77701


BEAUXART PROPERTY
1403 RAVENEL LN.
Sugar Land, TX 77479


BILL L DOVER CO INC
HWY #96 SOUTH
Jasper, TX 75951


BINSWANGER GLASS
1717 ARCH ST STE 5100
PHILADELPHIA, PA 19103


CALDER PROPERTY GROUP
906 TERSCOTT LN.
Sugar Land, TX 77479


CENTERPOINT
1 E MARKET STREET, SUITE 203
Leesburg, VA 20176


City of Nederland
207 North 12th Street
Nederland, TX 77627


COCA COLA
1 Coca Cola Plz NW
Atlanta, GA 30313


COMCAST
1701 JFK Boulevard
Philadelphia, PA 19103

```
CROWN ELECTRIC, INC
PO BOX 12148
BEAUMONT, TX 77726




Diversified Foods and Seasonings
1404 Greengate Drive Suite 300
Covington, LA 70433




ECOLAB/ECOLAB PEST
370 N WABASHA STREET
ST PAUL, MN 55102




FIRETROL PROTECTION SYSTEMS, INC.
153 Technology Drive Suite #200
Irvine, CA 92618




Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346




JACKSON LEWIS P.C.
44 S Broadway 14th floor
White Plains, NY 10601




Jefferson County Tax Assessor Collector
Jefferson County Court House,
1149 Pearl St
Beaumont, TX 77701




MOSCONE EMBLIDGE AND RUBENS
220 Montgomery Street, Suite 2100
San Francisco, CA 94104




MR. ELECTRIC OF BEAUMONT
826 Chamberlin Dr.
Beaumont, TX 77707
```

```
NCR
864 Spring St NW
Atlanta, GA 30308



Nederland ISD
220 17th Street
Nederland, TX 77627



Paris Ackerman LLP
120 Eagle Rock Ave.
East Hanover, NJ 7936



Paycom
417 OAKBEND DR.
LEWISVILLE, TX 75067



Popeyes Louisiana Kitchen, Inc.
5707 Blue Lagoon Drive
Miami, Florida 3312



REPUBLIC SERVICES
18500 N Allied Way
Phoenix, AZ 85054



RF TECHNOLOGIES
3125 NORTH 126TH STREET
BROOKFIELD, WI 53005



SPECTRIO
7624 Bald Cypress Place
Tampa, FL 33614



State Comptroller of Public Accounts
Revenue Accounting Divi-Bankruptcy Se
P.O. Box 13528
Austin, Texas 78711
```

```
STERITECH
PO BOX 472127
Charlotte, NC 28247



STRATACACHE INC
40 N Main ST
Dayton, OH 45423



SUMMIT FIRE & SECURITY
1025 Telegraph St.
Reno, NV 89502



TEXAS GAS
1301 S. Mopac Expressway, Suite 400
Austin, TX 78746



United States Attorney's Office
110 North College Avenue, Suite 700
Tyler, Texas 75702-0204



United States Trustee's Office
110 North College Avenue, Suite 300
Tyler, Texas 75702-7231



VIKING CLOUD, INC
2000 TOWN CENTER STE. 2050
Southfield, MI 48075



WASSERSTROM
477 South Front Street
Columbus, OH 43215
```